No. 67750.—Thomas Robinson Sales Company v. United States, protest 62/18749–16705 (New Orleans).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, MAY 23, 1963

No. 67751.—Rex-Spanall, Inc. v. United States, protest 63/604 (Duluth).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of form supports similar in all material respects to those the subject of *Universal Builders Supply Co., Inc.* v. *United States* (48 Cust. Ct. 99, C.D. 2319), the claim of the plaintiff was sustained.

No. 67752.—Frank P. Dow Co., Inc., a/c Phoenix Importing Co. v. United States, protest 287216–K (Los Angeles).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of plasticpeel baskets similar in all material respects to those the subject of Abstract 65775, the claim of the plaintiff was sustained.